# Order

Michigan Supreme Court
Lansing, Michigan

October 14, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138669(55)(56)(57)

BARBARA A. ROBINSON,
      Plaintiff-Appellant,

v

CITY OF LANSING,
      Defendant-Appellee.

SC: 138669
COA: 282267
Ingham CC: 07-000576-NO

_____

On order of the Chief Justice, the motion by defendant-appellee for extension to September 18, 2009 of the time for filing their supplemental brief is GRANTED. The motion by *amicus* curiae Michigan Municipal League and Michigan Municipal League Liability & Property Pool for extension to September 18, 2009 of the time for filing their brief is GRANTED. Counsel for plaintiff-appellant having communicated to the Clerk that he no longer intends to file a supplemental brief, his motion for extension of time is withdrawn.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2009

Clerk